■ NAT FREEDMAN, Plaintiff, and NATHAN BLACK et al., as Executors of JACOB H. KAPLAN, Deceased, et al., Appellants, v. MONTAGUE ASSOCIATES, INC., et al., Respondents.— In an action to recover brokerage commissions, the appeal is from an order granting a motion for summary judgment dismissing the supplemental complaint, and from the judgment entered thereon. Order and judgment reversed, with one bill of $10 costs and disbursements, and motion denied. In our opinion, the record presents questions of fact which should be resolved

after trial. Nolan, P. J., Ughetta and Kleinfeld, JJ., concur; Hallinan, J., dissents and votes to affirm the order and judgment for the reasons stated by the learned Justice at the Special Term. Murphy, J., deceased. [18 Misc 2d 1.]